IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GUSTAVO RESENDIZ, | |
| Plaintiff, | 8:22CV173 |
| vs. | |
| SPARTANASH ASSOCIATES, | ORDER |
| Defendant. | |

Before the court is Plaintiff's motion to proceed in forma pauperis (Filing 2). Plaintiff is employed and makes approximately $3,140 monthly, which he calculates to be $2,787 per month after taxes. He does not mention expenses that would impact on his ability to pay the relatively modest filing fee associated with filing a claim in federal court. Therefore,

IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Filing 2) is denied.

2. Plaintiff shall pay the $402.00 filing fee within 30 days of the date of this order.

3. Failure to comply with this order will result in Plaintiff being dismissed from this matter without further notice.

4. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: June 9, 2022: deadline for Plaintiff to pay $402.00 filing fee.

Dated this 10th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge